## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ADRIAN C. RYAN**                                                           **PLAINTIFF**
**ADC #106017**

**v.**                       **No: 4:20-cv-01303 JM-PSH**

**TIM RYLES,** *et al.*                                                **DEFENDANTS**

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Ryan's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted; and

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

DATED this 13th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE