# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ADRIAN C. RYAN**  **PLAINTIFF**
**ADC #106017**

v.  No: 4:20-cv-01303 JM-PSH

**TIM RYLES,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 13th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE